Exhibit 5











