## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

------------------------------------------------------x

MVL RIGHTS, LLC,

                Plaintiff,

      v.

AIRBASE INDUSTRIES, LLC, EMAX AIR FORCE TECHNOLOGY, EMAX COMPRESSOR, EATON AIR COMPRESSOR AND FABRICATION, HULK TOOLS AND EQUIPMENT, JOHN ROWLAND BROWN, JR.,

                Defendants.

: Civ. Action No. 3:10-cv-00382

**Judge Timothy S. Black**

**STIPULATION AND [PROPOSED]
ORDER OF DISMISSAL**

------------------------------------------------------x

WHEREAS, the parties have notified the Court that they have resolved all claims herein asserted in accordance with the terms of a certain Settlement Agreement ("Agreement"), effective as of February 28, 2011.

NOW, THEREFORE, IT IS HEREBY STIPULATED, AGREED AND ORDERED as follows:

Pursuant to Fed. R. Civ. P. 41, all claims asserted in this civil action are hereby dismissed without prejudice, each party to bear its own costs, expenses and attorneys fees.

The Court shall retain continuing jurisdiction over this civil action for the purpose of construing and enforcing the Agreement.

13

| | |
|---|---|
| Dated: March 23, 2011 | Dated: March 23, 2011 |
| PORTER, WRIGHT, MORRIS, & ARTHUR, LLP | ULMER & BERNE LLP |
| By: /s/James D. Liles_____ | By: /s/ Jeffrey R. Schaefer _____ |
| James D. Liles (0005547)<br>250 East Fifth Street, Suite 2200<br>Cincinnati, Ohio 45202-5118<br>Tel.: (513) 369-4211<br>Fax: (513) 421-0991<br>Email: jliles(&porterwright.com | Jeffrey R. Schaefer (0061232)<br>600 Vine Street, Suite 2800<br>Cincinnati, Ohio 45202-2409<br>Tel: (513) 698-5108<br>Fax: (513) 698-5109<br>E-mail: jschaefer@ulmer.com |
| *Trial Attorney for Plaintiff* | *Trial Attorney for Defendants* |

**SO ORDERED IN DAYTON, OHIO**
**THIS ____ DAY OF _____, 2011**
Judge Timothy S. Black, U.S.D.J.